UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 13854
    VENITA LEWIS
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-6614

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 08/01/2007 and was confirmed 09/20/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.00%.

    The case was dismissed after confirmation 03/06/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORTGAG | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | MORTGAGE ARRE | .00 | .00 | .00 |
| WELLS FARGO HOME MORTGAG | NOTICE ONLY | NOT FILED | .00 | .00 |
| AVENUE OF OAK FOREST TOW | MORTGAGE ARRE | 1055.50 | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | SECURED VEHIC | 6657.00 | 211.06 | 830.12 |
| US DEPT OF HUD | NOTICE ONLY | NOT FILED | .00 | .00 |
| HITCHCOCK AND ASSOCIATES | PRIORITY | NOT FILED | .00 | .00 |
| ABLE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 1114.90 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMMERCIAL LAWYERS NETWO | NOTICE ONLY | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION | UNSECURED | NOT FILED | .00 | .00 |
| ER SOLUTIONS INC | UNSECURED | 607.74 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1420.68 | .00 | .00 |
| HSBC NV | UNSECURED | NOT FILED | .00 | .00 |
| LYON COLLECTION SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| PINNACLE SECURITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT MORRIS COLLEGE | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE LSCF | NOTICE ONLY | NOT FILED | .00 | .00 |
| NISSAN MOTOR ACCEPTANCE | UNSECURED | .01 | .00 | .00 |
| COMMERCIAL LAWYERS NETWO | UNSECURED | 3000.00 | .00 | .00 |
| AVENUE OF OAK FOREST TOW | CURRENT MORTG | .00 | .00 | .00 |
| SALLIE MAE TRUST | UNSECURED | 36299.21 | .00 | .00 |
| THOMAS R HITCHCOCK | REIMBURSEMENT | 363.50 | .00 | 363.50 |
| US DEPARTMENT OF HOUSING | SECURED NOT I | 17214.84 | .00 | .00 |
| THOMAS R HITCHCOCK | DEBTOR ATTY | 3,500.00 | | 3,012.15 |
| TOM VAUGHN | TRUSTEE | | | 321.07 |
| DEBTOR REFUND | REFUND | | | 808.40 |

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------


                    PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 07 B 13854 VENITA LEWIS

```
                        RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------------
TRUSTEE                   5,546.30

PRIORITY                                       363.50
SECURED                                        830.12
      INTEREST                                 211.06
UNSECURED                                         .00
ADMINISTRATIVE                               3,012.15
TRUSTEE COMPENSATION                           321.07
DEBTOR REFUND                                  808.40
                        ---------------     ---------------
TOTALS                   5,546.30              5,546.30
```

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 05/26/08                 /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE